PK

**FILED**

DEC 1 9 2019 AC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SAUSA Niranjan Emani (312) 886-7629

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SANDRO KOZLOWSKI

Case No.: **19 CR 948**

JEFFREY COLE
Magistrate Judge

## AFFIDAVIT IN REMOVAL PROCEEDING

I, JASON STEEN, personally appearing before United States Magistrate Judge JEFFREY COLE and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that SANDRO KOZLOWSKI has been charged by Indictment in the Northern District of Texas with the following criminal offense: conspiracy to commit interstate transportation of stolen property, in violation of Title 18, United States Code, Sections 371 and 2314.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

JASON STEEN
Special Agent
Homeland Security
Investigations

SUBSCRIBED AND SWORN to before me this 19th day of December, 2019.

JEFFREY COLE
United States Magistrate Judge

Case 3:19-cr-00451-M *SEALED*   Document 1 *SEALED*   Filed 09/11/19   Page 1 of 17   PageID 1

SEALED ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 11 2019

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

UNITED STATES OF AMERICA

v.

CHANGCHENG LI (01)
KAIFENG HU (02)
STANISLAW KOBYLARCZYK (03)

ZBIGNIEW MAJEWSKI (15)
KRYSTYNA WISNIEWSKA (16)

ARTUR GILOWSKI (20)
ROBERT KURPIEL (21)
PIOTR GRESZTA (22)

SANDRO KOZLOWSKI (25)

Case No.
**3-19CR-451-M**

**FILED UNDER SEAL**

**INDICTMENT**

The Grand Jury charges:

   At all times material to this Indictment:

## Introduction

1.      Starting at least as early as September 2014, and continuing until in or about September 2019, the exact dates being unknown to the Grand Jury, defendants **Changcheng Li (1)**, **Kaifeng Hu (2)**, **Stanislaw Kobylarczyk (3)**, ▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ **Zbigniew**

**Majewski (15)**, **Krystyna Wisniewska (16)**, ▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆ **Artur Gilowski (20)**, **Robert Kurpiel (21)**, **Piotr Greszta**

**(22)**, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ **Sandro Kozlowski (25)**, and ▆▆▆▆▆▆

▆▆▆▆▆▆ engaged in an organized, retail-crime ring targeting merchants throughout the United States.

2.      In furtherance of the conspiracy, some of the defendants traveled throughout the United States, often using vehicles registered to fictitious persons or nonexistent addresses, committing retail thefts of consumer goods at brick-and-mortar stores, such as Best Buy, Staples, OfficeMax, Office Depot, Walmart, and Lowe's Home Improvement.  The defendants used various means to avoid detection, including "booster skirts" and electronic transmitters designed to disrupt retailers' anti-theft and loss-prevention measures.

3.      Once stolen, the goods were packaged and shipped to storage lockers located in the Chicago area, where some of the defendants sold the stolen goods or shipped them to "fences" in Coppell, Texas, who then sold the stolen goods using online

storefronts on eBay and Amazon, where the stolen goods were then purchased and shipped to individuals throughout the United States, including to individuals located in the Northern District of Texas.

The Defendants

4.      Defendant **Changcheng Li (1)** was located in Coppell, Texas, where he and his wife, defendant **Kaifeng Hu (2)**, operated Li Amspirit, Amspirit LLC, and Office Supplies, Inc. which were businesses that operated online storefronts on the eBay and Amazon platforms.

5.      Defendants **Stanislaw Kobylarczyk (3)** and **Artur Gilowski (20)** operated retail stores in the Chicago area that were fronts for the sale of stolen goods obtained from other coconspirators. **Kobylarcyzk (3)** and **Gilowski (20)** also operated online storefronts on the eBay and Amazon platforms that sold stolen goods over the internet and controlled bank accounts, including PayPal accounts, that were used to receive payments for the stolen goods and transfer illegal proceeds between and among the coconspirators.

6.      Defendants **Robert Kurpiel (21)** and **Piotr Greszta (22)** worked at the retail stores operated by **Artur Gilowski (20)** and controlled bank accounts, including PayPal accounts, that were used to receive payments for the stolen goods and transfer illegal proceeds between and among the coconspirators.

7.      Defendants [REDACTED] **Sandro Kozlowski (25)**, and [REDACTED] established storage lockers using alias names at mail facilities in the Chicago area to

receive packages containing stolen goods from throughout the United States.

    8.    Defendants  **Zbigniew Majewski (15)**, **Krystyna Wisniewska (16)**, **Sandro Kozlowski (25)**, and

traveled the United States, stealing retail consumer products from brick-and-mortar stores

and shipping the stolen goods to storage facilities in the Chicago area.

----- **NOTHING FURTHER ON THIS PAGE** -----

<u>Count One</u>
Conspiracy to Commit Interstate Transportation of Stolen Property
(Violation of 18 U.S.C. § 371 (18 U.S.C. § 2314))

9.      The grand jury realleges and incorporates by reference the allegations

contained in Paragraphs 1 through 8 of this Indictment as if fully set forth herein.

10.     Beginning at least as early as September 2014 and continuing until in or

about September 2019, the exact dates being unknown to the Grand Jury, in the Dallas

Division of the Northern District of Texas and elsewhere, defendants **Changcheng Li**

**(1), Kaifeng Hu (2), Stanislaw Kobylarczyk (3),** ███████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████ **Zbigniew Majewski**

**(15), Krystyna Wisniewska (16),** ████████████████████

████████████ **Artur Gilowski (20), Robert Kurpiel (21), Piotr Greszta (22),**

██████████████ **Sandro Kozlowski (25),** and ████████

████████ did knowingly, intentionally, and unlawfully combine, conspire, consider,

and agree with other persons, both known and unknown to the Grand Jury, to unlawfully

transport, transmit, and transfer in interstate and foreign commerce from various

locations around the United States, to Coppell, Texas, stolen goods, wares, and

merchandise, that is, retail consumer products, having an aggregate value of $5,000 or

more, knowing the same to have been stolen converted, and taken by fraud, in violation

of 18 U.S.C. § 2314.

### Object of the Conspiracy

11.     The object of the conspiracy was that the defendants, **Changcheng Li (1)**,

**Kaifeng Hu (2)**, **Stanislaw Kobylarczyk (3)**, 

**Zbigniew Majewski**

**(15)**, **Krystyna Wisniewska (16)**,

**Artur Gilowski (20)**, **Robert Kurpiel (21)**, **Piotr Greszta (22)**,

**Sandro Kozlowski (25)**, and

unlawfully enriched themselves by organizing, coordinating, and

executing the nationwide theft of retail products from brick-and-mortar stores around the

United States, the shipment of those stolen goods to storage lockers and other postal

repositories in the Chicago area, and then reshipment of those stolen goods to a "fence"

in Coppell, Texas, who sold the stolen goods over the internet using online platforms,

such as eBay and Amazon.

### Manner and Means of the Conspiracy

12.     It was part of the conspiracy that the coconspirators established storage

lockers at storage facilities and private mailboxes at Commercial Mail Receiving

Agencies to receive stolen goods from throughout the United States.

13.     It was part of the conspiracy that one or more of the coconspirators

established online store fronts through internet sites using online platforms, such as eBay

and Amazon, to distribute stolen goods throughout the United States.

14. It was part of the conspiracy that one or more coconspirators established online payment mechanisms, such as PayPal, to receive funds from consumers purchasing stolen goods. It was further part of the conspiracy that one or more coconspirators linked bank accounts between and among the coconspirators to each other's PayPal accounts in order to control the receipt of proceeds of the theft.

15. It was part of the conspiracy that the coconspirators used alias names or the names of fictitious persons in connection with storage lockers at storage facilities or registration of vehicles in order to disguise and conceal the conspirators' involvement.

16. It was part of the conspiracy that the coconspirators used anti-theft mechanisms, such as "booster skirts," which are skirts specially designed to provide concealment pouches for stolen goods, in an effort to avoid getting caught when committing retail theft at brick-and-mortar stores.

17. It was part of the conspiracy that the one or more coconspirators transferred to funds to other participants in the conspiracy and to accounts located overseas in various places, including Poland.

Overt Acts

18. In furtherance of the conspiracy, and to accomplish its objects and purposes, the defendants committed and caused to be committed, in the Northern District of Texas and elsewhere, the following overt acts:

a. On or about April 23, 2015, **Stanislaw Kobylarczyk (3)** opened Account No. x1371 at the Polish and Slavic Federal Credit Union, which was used to facilitate monetary transfers in furtherance of the scheme.

b. On or about August 18, 2015, ███████████████ rented a storage locker at Extra Space Storage in Chicago, Illinois, to receive packages containing stolen goods.

c. On or about August 18, 2015, ███████████████ opened Account No. x0764 at the Polish and Slavic Federal Credit Union, which was used to facilitate monetary transfers in furtherance of the scheme.

d. On or about January 21, 2016, **Piotr Greszta (22)** registered an Amazon seller profile under the business name Extreme Network.

e. On or about February 2, 2016, **Stanislaw Kobylarczyk (3)** registered the corporation "The Best Deals" with the Illinois Secretary of State's Office, listing himself as the primary agent for the corporation.

f. On or about February 13, 2016, **Stanislaw Kobylarczyk (3)** opened Account No. x4540 at the Polish and Slavic Federal Credit Union in the name of Best Deals, Inc., which was used to facilitate monetary transfers in furtherance of the scheme.

g. On or about March 18, 2016, ███████████ opened Account No. x7477 at the Polish and Slavic Federal Credit Union, which was used to facilitate monetary transfers in furtherance of the scheme.

h. Between on or about March 29, 2016, and on or about August 28, 2017, ███████████ received approximately 71 checks from Account No. x4540, controlled by **Stanislaw Kobylarczyk (3)**, which were deposited into Account No. x7477.

i. On or about April 12, 2016, **Changcheng Li (1)** created false invoices to make it appear he had legitimately acquired products sold via the Amazon storefront and

supplied the false invoices to Amazon.

j.  On or about April 26, 2016, **Robert Kurpiel (21)** established a PayPal account that is connected to bank accounts controlled in part by **Artur Gilowski (20)**.

k.  On or about February 2, 2017, ▮▮▮▮▮▮▮ using the alias "Jan Koptko," opened a storage locker at Extra Space Storage in Chicago, Illinois, that was used to receive stolen goods.

l.  On or about July 5, 2017, ▮▮▮▮▮▮▮ using the alias name "Adam Kon," opened a storage locker at Extra Space Storage that was used to receive packages containing stolen goods.

m.  On or about August 20, 2017, ▮▮▮▮▮▮▮ ▮▮▮▮▮ committed retail theft from a Walmart in Pocahontas, Arkansas, utilizing a gray Lexus SUV registered to a fictitious person.

n.  On or about September 20, 2017, **Stanislaw Kobylarczyk (3)** shipped packages from Skokie, Illinois, to **Changcheng Li (1)** and **Kaifeng Hu (2)** in Coppell, Texas, via Federal Express.

o.  On or about October 24, 2017, **Stanislaw Kobylarczyk (3)** and ▮▮▮▮ ▮▮▮▮▮ shipped boxes to a private mailbox established by **Changcheng Li (1)** via Federal Express, which were received by **Changcheng Li (1)** and **Kaifeng Hu (2)** on or about October 26, 2017, from their private mailbox at PostNet in Coppell, Texas.

p.  On or about October 26, 2017, ▮▮▮▮▮▮▮ committed retail theft from a Walmart in Illinois.

q.  On or about November 6, 2017, ▮▮▮▮▮▮▮ using the alias

name "Anna Tosi," opened a storage locker at Extra Space Storage in Chicago, Illinois.

r.      On or about December 3, 2017, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ shipped a package containing stolen goods from North Carolina to

Extra Space Storage in Chicago, Illinois.

s.      On or about December 30, 2017, ▮▮▮▮▮▮▮▮▮▮▮▮ opened Account

No. x8301 at U.S. Bank, which was used to facilitate monetary transfers in furtherance of

the scheme.

t.      Between on or about February 3, 2018, and on or about February 11, 2018,

▮▮▮▮▮▮▮ shipped packages from FedEx stores in New York, Massachusetts,

Connecticut, Pennsylvania, Virginia, and Georgia to storage lockers at Extra Space

Storage in Chicago, Illinois.

u.      On or about February 8, 2018, ▮▮▮▮▮▮▮▮▮▮▮ shipped packages

containing stolen goods from Bloomington, California, to the "Anna Tosi" storage locker,

controlled by ▮▮▮▮▮▮▮▮▮▮ at Extra Space Storage in Chicago, Illinois.

v.      On or about February 14, 2018, ▮▮▮▮▮▮▮▮▮▮▮ received four

packages containing stolen goods from California, Florida, and Georgia at her storage

locker in the name of "Anna Tosi" at Extra Space Storage in Chicago, Illinois.

w.      On or about February 27, 2018, ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ traveled in a grey Honda van registered to "Anna Tosi," an alias name

used by ▮▮▮▮▮▮▮▮▮▮ to Best Buy in Gurnee, Illinois, where they stole retail

items.

x.      On or about March 29, 2018, ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ traveling in a silver Chrysler van, committed retail theft at a Trek store in Illinois.

y.      On or about April 4, 2018, **Sandro Kozlowski (25)** committed retail thefts from one or more Walmart stores in Illinois.

z.      On or about April 10, 2018, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮committed retail theft from a Walmart store in Florida using a blue Toyota minivan registered to a fictitious person.

aa.     On or about April 11, 2018, ▮▮▮▮▮▮▮▮ presented identification under the name "Jan Koptko," a false name that ▮▮▮▮▮▮ had used to open a storage locker at Extra Space Storage in February 2018.

bb.     Between April 14, 2018 and April 17, 2018, **Sandro Kozlowski (25)** and ▮▮▮▮▮▮▮▮▮▮ shipped packages containing stolen goods from locations in Texas, Virginia, and Michigan to a storage locker at Extra Space Storage controlled by **Artur Gilowski (20)**.

cc.     On or about April 28, 2018, **Zbigiew Majewski (15)** and **Krystyna Wisniewska (16)**, driving a silver Chrysler van previously used by ▮▮▮▮▮▮ ▮▮committed retail theft from one or more Best Buy stores in Illinois, Iowa, and Nebraska.

dd.     On or about May 6, 2018, ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮committed retail theft from a T.J. Maxx in Illinois.

ee.     Between on or about May 12, 2018, and on or about June 13, 2018, **Zbigniew Majewski (15)** and **Krystyna Wisniewska (16)** shipped packages containing

stolen goods from FedEx stores in Texas, Georgia, Florida, Iowa, Nebraska, and Missouri

to the "Kon" storage locker, controlled by                          at Extra Space

Storage in Chicago, Illinois.

ff.    Between on or about May 12, 2018, and on or about May 14, 2018,

                          shipped packages from several FedEx stores in Texas to

storage units at Extra Space Storage in Chicago, Illinois.

gg.    On or about May 14, 2018, **Zbigniew Majewski (15)** shipped packages

containing stolen goods from a FedEx store in Conroe, Texas, to the "Adam Kon" storage

locker, controlled by                          at Extra Space Storage in Chicago,

Illinois.

hh.    On or about May 30, 2018,                          shipped a package containing

stolen goods from a FedEx store in Conroe, Texas, to Extra Space Storage in Chicago,

Illinois.

ii.    On or about June 25, 2018, **Changcheng Li (1)** and **Kaifeng Hu (2)**

established a private mailbox at a UPS store in Coppell, Texas, in the name of Amspirit,

LLC.

jj.    On or about July 5, 2018,

using a light green Toyota Sienna minivan registered to "Han Zyga," a fictitious

person, committed retail theft from a Lowe's Home Improvement store in North

Carolina.

kk.    On or about July 27, 2018,

and                          traveling in a light green Toyota Sienna minivan registered to

a fictitious name, committed retail theft at Walmart stores in Illinois and Wisconsin.

ll.     On or about August 1, 2018, ████████████████████████████ ████████████████████████ traveling in a light green Toyota Sienna minivan registered to a fictitious name, were stopped by officers in a vehicle with graphing calculators and a black custom sewn skirt commonly referred to as a "booster skirt."

mm.     On or about August 2, 2018, ████████████████ committed retail theft at a Lowe's Home Improvement store in Arlington Heights, Illinois.

nn.     Between August 23, 2018, and September 25, 2018, ████████████ ████████████████████████ traveled to various retail stores located across the United States, including to locations in the Northern District of Texas, in a silver Buick Enclave registered to a fictitious person.

oo.     On or about August 24, 2018, ████████████████████████ ████████████ committed retail theft from an Office Depot in Olathe, Kansas.

pp.     On or about August 25, 2018, ████████████████████████ ████████████ committed retail theft from an Office Depot in Colorado.

qq.     On or about September 25, 2018, ████████████████████████ ████████████████████████ committed retail theft at a Lowe's Home Improvement store in Fenton, Missouri, following shipment of packages containing stolen goods to a storage locker in the name of "Adam Kon" at Extra Space Storage in Chicago, Illinois.

rr.     On or about November 7, 2018, **Stanislaw Kobylarczyk (3)** shipped ten boxes from Chicago, Illinois, to **Changcheng Li (1)** and **Kaifeng Hu (2)** in Coppell,

Texas, via Federal Express.

ss.    On or about November 9, 2018, ████████████████████████

████ utilizing a vehicle registered to a fictitious person, attempted to commit a retail theft

at a Menard's store in Schererville, Indiana.

tt.    On or about June 21, 2019, ████████████████ traveling in a beige

Sienna minivan registered to a fictitious name, committed a retail theft at a Best Buy

store in Brentwood, Tennessee.

uu.    The coconspirators also committed the overt acts set forth in Count Two,

which is incorporated by reference as if set forth fully in this Count.

All in violation of 18 U.S.C. § 371 (18 U.S.C. § 2314).

## Count Two
Interstate Transportation of Stolen Property and Aiding and Abetting
(Violation of 18 U.S.C. §§ 2314 and 2)

19.     The grand jury realleges and incorporates by reference the allegations

contained in Paragraphs 1 through 18 of this Indictment as if fully set forth herein.

20.     On or about November 9, 2018, in the Northern District of Texas and

elsewhere, the defendants, **Changcheng Li (1)**, **Kaifeng Hu (2)**, and **Stanislaw**

**Kobylarczyk (3)**, aided and abetted by each other, did unlawfully transport, transmit, and

transfer in interstate commerce from Chicago, Illinois, to Coppell, Texas, stolen goods,

wares, and merchandise, that is, retail consumer products, having an aggregate value of

$5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

In violation of 18 U.S.C. §§ 2314 and 2.

<u>Notice of Forfeiture</u>
(18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c))

Upon conviction of the charged offenses, defendants **Changcheng Li (1)**, **Kaifeng Hu (2)**, **Stanislaw Kobylarczyk (3)**, ███████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████ **Zbigniew Majewski (15)**, **Krystyna Wisniewska (16)**, ███████████████████████████

███████████████ **Artur Gilowski (20)**, **Robert Kurpiel (21)**, **Piotr Greszta (22)**,

███████████████████ **Sandro Kozlowski (25)**, and ███████████

███████████ shall forfeit to the United States any property, real or personal, which constitutes or is derived from, whether directly or indirectly, proceeds traceable to the respective offense.

This property includes, but is not limited to, the following:

1. The total proceeds derived from the offense, commonly referred to as a "money judgment."

2. Real property located at

    (a) 340 Waterview Drive, Coppell, Texas 75019;

    (b) 79 W. Wildwood Drive, Barrington, Illinois 60010;

    (c) 157 G. Helm Road, Barrington, Illinois 60010; and

    (d) 136 N. Norman Drive, Palatine, Illinois 60074

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), if any of

the above property subject to forfeiture, as a result of any act or omission of the

defendant, cannot be located upon the exercise of due diligence; has been transferred or

sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the

Court; has been substantially diminished in value; or has been commingled with other

property which cannot be subdivided without difficulty, it is the intent of the United

States of America to seek forfeiture of any other property of the defendant up to the value

of the above described property subject to forfeiture.

A TRU

FOREP

ERIN NEALY COX
UNITED STATES ATTORNEY

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8800
Email: philip.meitl@usdoj.gov

J. NICHOLAS BUNCH
Assistant United States Attorney
Texas Bar No. 24050352
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8800
Email: nick.bunch@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHANGCHENG LI (01)
KAIFENG HU (02)
STANISLAW KOBYLARCZYK (03)
HENRYK WITMANSKI (04)
MELANIA WITMANSKA (05)
DARIUSZ NOSKIEWICZ (06)
DANUTA NOSKIEWICZ (07)
ADAM KOZAK (08)
BOZENA STOJANOWSKA (09)
SLAWOMIR PACKOWSKI (10)
TERESA PARCZEWSKA (11)
EWA PACKOWSKA (12)
DANIAL GALA (13)
ROKSANA POZNANSKA (14)
ZBIGNIEW MAJEWSKI (15)
KRYSTYNA WISNIEWSKA (16)
ARTUR KWIATKOWSKI (17)
KRYSTYNA HAUF (18)
TROJAN KOWALSKI (19)
ARTUR GILOWSKI (20)
ROBERT KURPIEL (21)
PIOTR GRESZTA (22)
VITO CRUZ (23)
SANTINO MARKOWSKI (24)
SANDRO KOZLOWSKI (25)
ZDZISLAW DOLINSKI (26)

INDICTMENT

18 U.S.C. § 371 (18 U.S.C. §2314)
Conspiracy to Commit Interstate Transportation of Stolen Property
(Count 1)

18 U.S.C. § 2314 and 2
Interstate Transportation of Stolen Property and Aiding and Abetting
(Count 2)

18 U.S.C. § 981 (a)(1)(c) and 28 U.S.C. §2461 (c)
Forfeiture Notice

2 Counts

A true bill rendered

----------------------------------------------------------------

DALLAS                                                        ON

Filed in open court this ___ day of September, 2019.

----------------------------------------------------------------

**Warrant to be Issued for all Defendants**

----------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending

ORIGINAL **SEALED**

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED**

SEP 11 2019

CLERK, U.S. DISTRICT COURT

By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

CHANGCHENG LI (01)
KAIFENG HU (02)
STANISLAW KOBYLARCZYK (03)
HENRYK WITMANSKI (04)
MELANIA WITMANSKA (05)
DARIUSZ NOSKIEWICZ (06)
DANUTA NOSKIEWICZ (07)
ADAM KOZAK (08)
BOZENA STOJANOWSKA (09)
SLAWOMIR PACKOWSKI (10)
TERESA PARCZEWSKA (11)
EWA PACKOWSKA (12)
DANIAL GALA (13)
ROKSANA POZNANSKA (14)
ZBIGNIEW MAJEWSKI (15)
KRYSTYNA WISNIEWSKA (16)
ARTUR KWIATKOWSKI (17)
KRYSTYNA HAUF (18)
TROJAN KOWALSKI (19)
ARTUR GILOWSKI (20)
ROBERT KURPIEL (21)
PIOTR GRESZTA (22)
VITO CRUZ (23)
SANTINO MARKOWSKI (24)
SANDRO KOZLOWSKI (25)
ZDZISLAW DOLINSKI (26)

**FILED UNDER SEAL**

**3-19CR-451-M**

**ORDER**

Before the Court is the Government's Motion to Seal Indictment in the above-

captioned criminal case. The Court **GRANTS** the motion.

**Order**

IT IS THEREFORE ORDERED that the indictment be **sealed** until each

defendant has been apprehended, or until further order of the Court.

IT IS FURTHER ORDERED that the case against a defendant be **unsealed as to**

**that defendant only** upon the apprehension and appearance of that defendant.

IT IS FURTHER ORDERED that the government is allowed to provide the

apprehended defendant with a copy of the indictment.

IT IS FURTHER ORDERED that this order and the accompanying motion be

**sealed**.

SO **ORDERED** on this _____11_____ day of September, 2019.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

Order

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Changcheng Li

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (01)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Changcheng Li _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property; Interstate Transportation of Stolen Property Aiding and Abetting.

in violation of Title   18 _____

United States Code, Section(s)

371 (18 USC § 2314); 2314 and 2

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Kaifeng Hu

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (02)

To: The United States Marshal
    and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest  Kaifeng Hu

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property; Interstate Transportation of Stolen Property Aiding and Abetting.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314); 2314 and 2

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

# United States District Court
# Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

**SEALED WARRANT FOR ARREST**

Stanislaw Kobylarczyk

CASE NUMBER: 3:19-CR-451-M (03)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Stanislaw Kobylarczyk

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property; Interstate Transportation of Stolen Property Aiding and Abetting.

in violation of Title    18

United States Code, Section(s)

371 (18 USC § 2314); 2314 and 2.

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019          Dallas, TX
Date                   Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Henryk Witmanski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (04)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Henryk Witmanski

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 3:19-cr-00451-M *SEALED*  Document 5  Filed 09/12/19  Page 5 of 26  PageID 52

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Melania Witmanska

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (05)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Melania Witmanska

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 3:19-cr-00451-M *SEALED*   Document 5   Filed 09/12/19   Page 6 of 26   PageID 53

# United States District Court
# Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Dariusz Noskiewicz

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (06)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest   Dariusz Noskiewicz

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019                    Dallas, TX
Date                         Location

s/A. Lowe
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Danuta Noskiewicz

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (07)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Danuta Noskiewicz _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18 _____

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 3:19-cr-00451-M *SEALED*   Document 5   Filed 09/12/19   Page 8 of 26   PageID 55

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Adam Kozak

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (08)

To: The United States Marshal
    and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest   Adam Kozak

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   **18**

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 3:19-cr-00451-M *SEALED* Document 5 Filed 09/12/19 Page 9 of 26 PageID 56

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Bozena Stojanowska

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (09)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest   Bozena Stojanowska

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# United States District Court
# Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Slawomir Packowski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (10)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Slawomir Packowski

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title  18

United States Code, Section(s)

371 (18 USC § 2314).

| | |
|---|---|
| Karen Mitchell, U.S. District Court Clerk | _Signature of Issuing Officer_ |
| Name and Title of Issuing Officer | |

| | | |
|---|---|---|
| U.S. Magistrate Judge Rebecca Rutherford | 9/12/2019 | Dallas, TX |
| Judge | Date | Location |

s/A. Lowe
(By) Deputy Clerk

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Teresa Parczewska

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (11)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Teresa Parczewska _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18   _____

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
_____
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
_____
Judge

9/12/2019        Dallas, TX
Date               Location

s/A. Lowe
_____
(By) Deputy Clerk

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Ewa Packowska

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (12)

To: The United States Marshal
    and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest   Ewa Packowska

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---------------|-------------------------------------|-------------------------------|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Danial Gala

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (13)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest  Danial Gala

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title  18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Roksana Poznanska

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (14)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Roksana Poznanska _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18 _____

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Zbigniew Majewski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (15)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Zbigniew Majewski _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18 _____

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk _____
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford _____
Judge

9/12/2019          Dallas, TX
Date                  Location

s/A. Lowe _____
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Krystyna Wisniewska

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (16)

MAG. CASE NUMBER: _____

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Krystyna Wisniewska

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Artur Kwiatkowski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (17)

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Artur Kwiatkowski

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019                  Dallas, TX
Date                       Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Krystyna Hauf

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (18)

To: The United States Marshal
    and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Krystyna Hauf

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title    18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Signature of Issuing Officer_

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019          Dallas, TX
Date               Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Trojan Kowalski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (19)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Trojan Kowalski

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
_____
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
_____
Judge

9/12/2019                    Dallas, TX
Date                         Location

s/A. Lowe
_____
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Artur Gilowski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: <u>3:19-CR-451-M (20)</u>

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  <u>Artur Gilowski</u> _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   <u>18</u>

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Signature of Issuing Officer_

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Robert Kurpiel

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (21)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Robert Kurpiel

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title    18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

s/A. Lowe
(By) Deputy Clerk

Signature of Issuing Officer

9/12/2019          Dallas, TX
Date              Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Piotr Greszta

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (22)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Piotr Greszta _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18 _____

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

s/A. Lowe
(By) Deputy Clerk

Signature of Issuing Officer

9/12/2019         Dallas, TX
Date              Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
# Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Vito Cruz

### SEALED WARRANT FOR ARREST

CASE NUMBER: <u>3:19-CR-451-M (23)</u>

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  <u>Vito Cruz</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title    18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019                          Dallas, TX
Date                                Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

**V.**

Santino Markowski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (24)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Santino Markowski

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[■] Sealed Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title  18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
# Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

**SEALED WARRANT FOR ARREST**

V.

Sandro Kozlowski

CASE NUMBER: 3:19-CR-451-M (25)

To: The United States Marshal
    and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Sandro Kozlowski

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title    18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
## Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Zdzislaw Dolinski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (26)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest   Zdzislaw Dolinski

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court
# Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Sandro Kozlowski

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-CR-451-M (25)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Sandro Kozlowski

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Interstate Transportation of Stolen Property.

in violation of Title   18

United States Code, Section(s)

371 (18 USC § 2314).

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Signature of Issuing Officer_

U.S. Magistrate Judge Rebecca Rutherford
Judge

9/12/2019                     Dallas, TX
Date                               Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |